(95 South. 201)

### Ex parte SPARKS.  (6 Div. 831.)

(Supreme Court of Alabama.   Feb. 8, 1923.)

Certiorari to Court of Appeals.

Hubert Sparks was convicted of a violation of the Prohibition Laws. The Appellate Court affirmed conviction, and defendant petitions for writ of certiorari. Writ denied.

Wm. E. James, of Cullman, for the petition.

Harwell G. Davis, Atty. Gen., opposed.

McCLELLAN, J.   Petition of Hubert Sparks for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hubert Sparks v. State of Alabama, 95 South. 200.

Writ denied.